# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| RONNIE BEE CISLO,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY CORRECTIONAL CARE, LLC,<br><br>Defendant. | CAUSE NO. 2:19-CV-282-TLS-JEM |

## ORDER

Ronnie Bee Cislo, a prisoner without a lawyer, filed a Letter [ECF No. 17] on February 12, 2021, asking for an entry of default judgment against the Defendants because they did not file an answer. On September 3, 2019, the court transferred this case to the South Bend Division under Case No. 3:19-cv-709 and closed this case in the Hammond Division. Sept. 3, 2019 Order, ECF No. 6. As a result, no defendants were required to file an answer in this case, and the request for an entry of default judgment is denied.

Cislo also asks for a copy of the consent form for the Court's prisoner electronic filing program. This request is denied as unnecessary because these forms are available by request from the prison law library and because this case is closed.

For these reasons, the Court DENIES the relief requested in the Plaintiff's Letter [ECF No. 17].

SO ORDERED on March 2, 2021.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT